NB:JAM
F. #2019R00811

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 12 2019   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BYRON GARCIA,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT
CR-19 0263

Cr. No. _____
(T. 8, U.S.C., § 1326(a); T. 18, U.S.C.,
§§ 3551 et seq.)

SEYBERT, J.

SHIELDS, M.J.

THE GRAND JURY CHARGES:

ILLEGAL REENTRY

On or about May 1, 2019, within the Eastern District of New York, the defendant BYRON GARCIA, an alien who had previously been deported from the United

States, was found in the United States, without the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Section 1326(a); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant United States Attorney

F. # 2019R00811

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

BYRON GARCIA,

Defendant.

# INDICTMENT

(T. 8, U.S.C., § 1326(a); T. 18 U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ *Francis P. Mattorano* _____

Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

Clerk

*Bail, $* _____

_____

*Artie McConnell, Assistant U.S. Attorney (631) 715-7836*